

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Neal Loeppky,                          * Original Habeas Corpus Proceeding

No. 11-16-00322-CV                           * April 20, 2017

                                             * Memorandum Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that Neal Loeppky's petition for writ of habeas corpus should be granted. Therefore, in accordance with this court's opinion, the petition for writ of habeas corpus is granted, and Neal Loeppky is ordered to be released from the bond set by this court on November 1, 2016, and to be discharged from custody or the threat of custody based upon the underlying contempt order.